Roy Nilsen, an Infant, by Edwarda Nilsen, His Guardian ad Litem, Appellant, *v.* Long Island Railroad Company, Respondent.

Argued December 6, 1945; decided January 18, 1946.

*Andrew F. Van Thun, Jr., John M. Wilson* and *Harry A. Spiegelman* for appellant.

*Ralph E. Hemstreet, Harry G. Anderson* and *Louis J. Carruthers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J.; LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.